1 | ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
2 | WADE B. GENTZ (SBN 249793)
wbg@msk.com
3 | ERIC S. BOORSTIN (SBN 253724)
esb@msk.com
4 | MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
5 | Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
6 | Facsimile:  (310) 312-3100

7 | Attorneys for Plaintiffs

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, a Delaware
12 | limited liability limited partnership;
UNIVERSAL CITY STUDIOS LLLP, a
13 | Delaware limited liability limited
partnership; DISNEY ENTERPRISES,
14 | INC., a Delaware corporation,

15 |                 Plaintiffs,

16 |         v.

17 | SSWAREZ.COM, a business entity of
unknown form; VERONICA MOUNIE,
18 | an individual, d/b/a SSWAREZ.COM;
ADAM SUMMERS, an individual, d/b/a
19 | SSWAREZ.COM; ROGER
RINGUETTE, an individual, d/b/a
20 | SSWAREZ.COM, TRAVIS CLARK, an
individual, d/b/a SSWAREZ.COM, and
21 | DOES 4 through 5, inclusive,

22 |                 Defendants.

CASE NO. CV 08-8300 GAF (AGRx)

The Honorable Gary A. Feess

[PROPOSED] JUDGMENT
PURSUANT TO ENTRY OF
DEFAULT

Date:    October 19, 2009
Time:    9:30 a.m.
Ctrm:    740 (Roybal)

23

24

25

26

27

28

1         The Motion For Entry of Default Judgment Against Defendant Roger
2   Ringuette d/b/a SSwarez.com and Defendant Travis Clark d/b/a SSwarez.com (the
3   "Motion") by Plaintiffs Universal City Studios Productions LLLP, Universal City
4   Studios LLLP, and Disney Enterprises, Inc. (collectively, "Plaintiffs"), came on
5   regularly for hearing before this Court on October 19, 2009.
6         The Court having considered Plaintiffs' moving papers, including the
7   supporting declarations and exhibits thereto, the opposition papers of defendant
8   Roger Ringuette d/b/a SSwarez.com ("Ringuette") and defendant Travis Clark
9   d/b/a SSwarez.com ("Clark") (collectively, "Defendants"), including the
10  supporting declarations and exhibits thereto, the arguments of counsel, and all
11  other matters presented to the Court, and having found that entry of default
12  judgment against Defendants is appropriate, and therefore granting Plaintiffs'
13  Motion, hereby finds that:
14        1.    This Court has jurisdiction over the parties to this action and over the
15  subject matter hereof pursuant to 17 U.S.C. §§ 101 *et seq.*, 28 U.S.C. § 1331, and 28
16  U.S.C. § 1338;
17        2.    Service of process was properly made on Defendants, each of whom
18  were served personally with the First Amended Complaint;
19        3.    Plaintiffs are the owners of United States copyrights or the exclusive
20  distribution and public performance rights in the works that are the subject of the
21  following copyright registrations: *Aladdin* (PA 583-905); *Beauty and the Beast* (PA
22  542-647); *College Road Trip* (PA1-597-791); *Desperate Housewives - Season 1,*
23  *Episodes 1-3* (PA1-218-630); *Enchanted* (PA1-595-126); *Lilo & Stitch* (PA1-082-
24  244); *Lost - Season 1, Episodes 1-3* (PA1-246-176); *Definitely, Maybe* (PA1-594-
25  772); *Hellboy II: The Golden Army* (PA1-608-473); *Incredible Hulk, The* (PA1-598-
26  628); *Leatherheads* (PA1-595-326); *Welcome Home Roscoe Jenkins* (PA1-593-188)
27  ("Plaintiffs' Copyrighted Works");
28

1

1    4.    Defendants have engaged in contributory copyright infringement and
2  inducement of copyright infringement by creating, maintaining, and organizing an
3  index of links to infringing copies of Plaintiffs' Copyrighted Works on Defendants'
4  website (www.sswarez.com), which have been posted on third-party websites;

5    5.    Defendants infringement of Plaintiffs' Copyrighted Works has been
6  knowing and willful;

7    6.    Defendants likely will infringe the copyright in other works owned by
8  Plaintiffs unless enjoined by the Court from doing so;

9    7.    Defendants' infringement of Plaintiffs' Copyrighted Works has caused
10  irreparable injury to Plaintiffs that cannot be fully compensated in an award of
11  damages and will continue to cause such injury unless Defendants are permanently
12  enjoined from engaging in such conduct in the future; and

13    8.    The Court specifically finds that Plaintiffs are the prevailing party for
14  purposes of an award of reasonable attorneys' fees and costs under 17 U.S.C. § 505.

15

16    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

17    1.    Defendants have engaged in contributory copyright infringement and
18  inducement of copyright infringement by creating, maintaining, and organizing an
19  index of links to infringing copies of Plaintiffs' works on Defendants' website
20  (www.sswarez.com), which have been posted on third-party websites.

21    2.    Defendants and their officers, agents, servants, employees, attorneys,
22  successors, licensees, partners, and assigns, and all those acting directly or
23  indirectly in concert or participation with any of them, are permanently enjoined
24  from contributorily infringing by any means and/or inducing copyright
25  infringement by any means of the exclusive rights of Plaintiffs and their affiliates
26  under the Copyright Act, including, but not limited to, any of Plaintiffs' and
27  Plaintiffs' affiliates' rights in any of the copyrighted works listed in Exhibit A to
28  the First Amended Complaint.

1     3.     Defendants and their officers, agents, servants, employees, successors,

2  licensees, partners, and assigns, and all those acting directly or indirectly in concert

3  or participation with any of them, are permanently enjoined from doing the

4  following:

5          (a)     posting, organizing, selecting, searching for, identifying, collecting

6  and indexing links to copies of the works listed in Exhibit A to the First Amended

7  Complaint and other works of which the Plaintiffs are the owners of the copyrights

8  or to whom an interest in the copyright has been granted by license, from or at the

9  Internet website located at www.sswarez.com ("SSwarez") (whether or not

10 SSwarez or the said acts occur in the United States or elsewhere) and providing or

11 enabling use or access to such links to persons located in the United States;

12         (b)     from or at SSwarez (whether or not SSwarez is located in the United

13 States or elsewhere), authorizing, inducing, encouraging, aiding or abetting, or

14 materially contributing to the reproduction, distribution, public performance

15 (including the performance in public and the transmission of copies and

16 performances to the public), and public display, in the United States, of copies of

17 the works listed in Exhibit A to the First Amended Complaint and other works of

18 which the Plaintiffs are the owners of the copyrights or to whom an interest in the

19 copyright has been granted by license, that are available on third-party websites;

20     4.     Defendants are ordered to pay statutory damages to Plaintiffs pursuant

21 to 17 U.S.C. § 504 in the sum of $240,000.

22     5.     Defendants are ordered to pay Plaintiffs' attorneys' fees pursuant to

23 17 U.S.C. § 505 and Local Rule 55-3 in the amount of $40,000.    $31,500.00

24     6.     Defendants are ordered to pay Plaintiffs' costs pursuant to 17 U.S.C.

25 § 505 in the amount of $9,184.74.

26     7.     This Judgment shall be deemed to have been served upon Defendants

27 at the time of its execution by the Court.

28

1       8.    The Court finds there is no just reason for delay in entering this

2  Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs

3  immediate entry of this Judgment against Defendants.

4       9.    The Court shall retain jurisdiction of this action to entertain such

5  further proceedings and to enter such further orders as may be necessary or

6  appropriate to implement and enforce the provisions of this Judgment.

7

8

9

10  Dated:   October 16   , 2009

11                          The Hon. Gary A. Feess

12                          United States District Judge

13

14

15  Submitted by:             MITCHELL SILBERBERG & KNUPP LLP

16                          Robert H. Rotstein

Dated: September 16, 2009     Wade B. Gentz

17                          Eric S. Boorstin

18

19                       By: /s/ Eric S. Boorstin

20                           Eric S. Boorstin

                              Attorneys for Plaintiffs

21

22

23

24

25

26

27

28